**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.                            **Crim. Action No.: 2:22-CR-01**
                                                **(Judge Kleeh)**

**ANTHONY DWAYNE MACK,**

        **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 92], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On March 17, 2023, the Defendant, Anthony Dwayne Mack ("Mack"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of **GUILTY** to Possession with Intent to Distribute Methamphetamine, as a lesser-included offense of Count Two. Mack stated that he understood that the magistrate judge is not a United States District Judge, and Mack consented to pleading before the magistrate judge.

This Court referred Mack's plea of guilty to the magistrate judge for the purpose of administering the allocution, pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Mack's statements during the plea hearing, and the Government's proffer establishing that an independent factual

**USA v. MACK**                                                2:22-CR-01

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 92], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

basis for the plea existed, the magistrate judge found that Mack was competent to enter a plea, that the plea was freely and voluntarily given, that Mack understood the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea.  On May 10, 2023, the magistrate judge issued a *Report and Recommendation Concerning Plea of Guilty in Felony Case* ("R&R") [ECF No. 92] finding a factual basis for the plea and recommending that this Court accept Mack's plea of guilty to a lesser-included offense of Count Two of the Indictment.

The magistrate judge **remanded** Mack to the custody of the United States Marshals Service.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R.  He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R.  Neither Mack nor the Government filed objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R [ECF No. 92], provisionally **ACCEPTS** Mack's guilty plea, and **ADJUDGES** him **GUILTY** of the lesser-included offense charged in Count Two of the Indictment.

2

**USA v. MACK**                                                    **2:22-CR-01**

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 92], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence investigation report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** the following:

1. The Probation Officer shall undertake a presentence investigation of Mack, and prepare a presentence investigation report for the Court;

2. The Government and Mack shall each provide their narrative descriptions of the offense to the Probation Officer by **June 5, 2023**;

3. The presentence investigation report shall be disclosed to Mack, his counsel, and the Government on or before **July 5, 2023**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Written objections to the presentence investigation report, if any, shall be submitted to the opposing party and to the probation officer on or before **July 19, 2023**;

**USA v. MACK**                                                                 2:22-CR-01

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 92], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

    5. Responses to objections to the presentence investigation report, if any, shall be submitted to the opposing party and to the probation officer on or before **July 26, 2023**;

    6. The Office of Probation shall submit the presentence investigation report with addendum to the Court on or before **August 7, 2023**; and

    7. Counsel may file any written sentencing memoranda or statements and motions for departure from the Sentencing Guidelines, including the factual basis for the same, on or before **August 7, 2023**.

    The Court further **ORDERS** that prior to sentencing, Mack's counsel shall review with him the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by Chief Judge Groh, In Re: Revised Standard Probation and Supervised Release Conditions, 3:16-MC-56. The Office of Probation and the United States are **DIRECTED** to sit at separate tables throughout the sentencing hearing.

    The Court will conduct the **Sentencing Hearing** for Mack on **August 16, 2023**, at **3:00 p.m.**, at the **Elkins, West Virginia**, point of holding court. If counsel anticipates having multiple witnesses

USA v. MACK                                                                  2:22-CR-01

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 92], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

or an otherwise lengthy sentencing hearing, please notify the Judge's chamber staff so that an adequate amount of time can be scheduled.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the Office of Probation, and the United States Marshals Service.

DATED: May 30, 2023

*Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA

5